EL PUEBLO DE PUERTO RICO, demandante y recurrido, *v.* ARIEL CORREA CARTAGENA, demandado y apelante.

*Número:* CE-92-239            *Resuelto:* 24 de abril de 1992

*Carmen Ana Rodríguez Maldonado,* abogada de la *Sociedad para Asistencia Legal.*

## SENTENCIA

(Regla 50)

Examinada la Moción Urgente en Auxilio de Jurisdicción a la luz de las alegaciones contenidas en la petición de *certiorari* presentada hoy por la Sociedad para Asistencia Legal de Puerto Rico, se expide el auto solicitado y se decreta lo siguiente:

Se deja sin efecto la resolución dictada en corte abierta el 23 de abril de 1992 por la Hon. Velma E. González Rivera, Juez del Tribunal Superior, Sala de Ponce, en el Caso Núm. G-91-3120 por asesinato en primer grado, mediante la cual relevó al Lcdo. Eliezer Rodríguez Cintrón de la re-

presentación legal del acusado Ariel Correa Cartagena, designando a su vez al Lcdo. César Estremera Soto, Supervisor de la Oficina de Ponce de la mencionada Sociedad, para representar al acusado en el acto del juicio que estaba señalado para tal día y que fue pospuesto para el próximo lunes 27 de abril de 1992.

Se le ordena al Lcdo. Eliezer Rodríguez Cintrón a asumir de nuevo, *inmediatamente*, la representación del mencionado acusado y a comparecer el próximo lunes preparado para la celebración del juicio en el caso mencionado. Se le apercibe a dicho abogado que la desobediencia a la presente orden sin otra causa que no sea su participación en la huelga decretada por la Unión Independiente de Abogados de la Sociedad para Asistencia Legal, podrá constituir sendas violaciones a los Cánones 12 y 18 del Código de Ética Profesional, 4 L.P.R.A. Ap. IX, sujeta a las más severas sanciones por parte de este Tribunal.

Se les advierte a los abogados pertenecientes a la referida Unión que su derecho reconocido a la huelga y la jurisdicción exclusiva de la Junta Nacional de Relaciones del Trabajo no puede interferir con las obligaciones profesionales asumidas por dichos abogados con sus representados individuales con anterioridad a la fecha del comienzo de la huelga, y mucho menos interferir con la jurisdicción de este Tribunal para regular la profesión de abogado y hacer cumplir las obligaciones impuestas a éstos por el Código de Ética que rige la práctica de la abogacía.

*Notifíquese inmediatamente esta resolución por teléfono, además de la vía ordinaria. Se ordena, además, la notificación personal al Lcdo. Eliezer Rodríguez Cintrón y la publicación de la presente sentencia.*

Así lo pronunció y manda el Tribunal y certifica el señor Secretario General. El Juez Asociado Señor Negrón García

se inhibió. Los Jueces Asociados Señores Rebollo López y Hernández Denton no intervinieron.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*